IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM JARNIGAN,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　Case No.  14-cv-415-jdp

NICOLE JOHNSON,

    Defendant.

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing, without prejudice, this case for lack of subject matter jurisdiction.

    /s/　　　　　　　　　　　　　　　　　　March 30, 2015

Peter Oppeneer, Clerk of Court　　　　　　　　　　Date